AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

June 11, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JW _____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Isaac Abraham CORTEZ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **EP-26-M-02627-LE**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 11, 2026 _____ in the county of _____ El Paso _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1)&(b)(1)(B)(vi) | Possession with intent to distribute fentanyl, 40 grams or more |

This criminal complaint is based on these facts:

Please see the attached affidavit. "Attachment A"

☑ Continued on the attached sheet.

*SA Kiley Malewicki*
*Complainant's signature*

Complaint sworn to telephonically on
_____ June 11, 2026 _____ at _____ 03:35 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Kiley Malewicki, DEA Special Agent
*Printed name and title*

Date: _____ 06/11/2026 _____

*Judge's signature*

City and state: _____ El Paso, Texas _____

Laura Enriquez, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

On February 25, 2026, a Drug Enforcement Administration ("DEA") Confidential Source ("CS"), acting in an undercover capacity, began negotiating, via telephonic communication on WhatsApp, to an unidentified male who goes by LUIS, who is based in Cd. Juarez, Mexico. The CS has been in contact with LUIS via Mexican phone number about the purchase of fentanyl pills. LUIS began coordinating with the CS for the purchase of fentanyl pills to occur at a house in the Western District of Texas. After a narcotics transaction on March 2, 2026, for 2,000 fentanyl pills, LUIS reached out to the CS that he would have 2,500 fentanyl pills available. The CS agreed to purchase 2,500 fentanyl pills on April 02, 2026, from a house located in the Western District of Texas on Dale Road. On April 02, 2026, surveillance was established near Dale Road in El Paso, Texas.

Ariel surveillance observed a male exit a side door of the house off Dale Road and begin to walk in the alleyway. The CS observed a male walking through the alleyway and began to walk across the street towards the CS vehicle. The male was identified as Isaac Abraham CORTEZ. CORTEZ was identified by the CS because the CS is a relative to CORTEZ. CORTEZ arrived at the CS vehicle and got into the passenger seat of the CS vehicle. During the narcotics transaction, the CS told CORTEZ the deal was for 2,000 pills not 500. CORTEZ called Co-conspirator 1 (CC1) to confirm the amount of fentanyl that was agreed upon. CC1 confirmed with CORTEZ it was for 2,000 pills. CORTEZ then exited the CS vehicle and was observed walking down the alleyway and enter the side door of the house off Dale Road. A few moments later, CORTEZ exits the house and walked back to the CS vehicle. CORTEZ enters the CS vehicle, and gives the CS two large air sealed bags and three small ziplock bags containing blue M-30 pills. The CS gave CORTEZ $2,500.00 DEA Official Advanced Funds ("OAF"). After the narcotics transaction CORTEZ was observed by ground surveillance, ariel surveillance, and the CS walk back to the house off Dale Road. Ariel surveillance observed CORTEZ enter the same side door of the house.

DEA agents took custody of the suspected fentanyl and transported it to the DEA El Paso Division Warehouse where it was weighed, processed, and submitted it to the South-Central Laboratory for further analysis. The 237.4 grams of fentanyl were not field tested due to officer

safety. Through training and experience the fentanyl pills did resemble fentanyl. The suspected fentanyl pill had a total weight of 237.4 grams.

Telephonically subscribed and sworn and electronically signed on: June 11, 2026

Kiley Malewicki

DEA Special Agent

Laura Enriquez

United States Magistrate Judge