UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | **Case Number: EP:26-M -02627(1) LE** |
| | § | |
| (1) ISAAC ABRAHAM CORTEZ | § | |

**ORDER SETTING PRELIMINARY / DETENTION HEARING**

     **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **PRELIMINARY / DETENTION HEARING**, in Magistrate Courtroom 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**June 24, 2026 at 11:00 AM**
**BEFORE MAGISTRATE LAURA ENRIQUEZ**

     Defense Counsel is **ORDERED** to meet and confer with the Defendant prior to the time of the hearing.  Failure to do so, in absence of good cause, will result in termination of the appointment of counsel.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Counsel for the defendant shall notify the defendant of this setting and if the defendant is on bond, advise the defendant to be present at this proceeding.

     In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

     **IT IS SO ORDERED** this **17th day of June, 2026.**

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| | § | |
| **vs.** | § | **NO:   EP:26-M -02627(1) LE** |
| | § | |
| **(1) ISAAC ABRAHAM CORTEZ** | § | |

<u>**WAIVER OF PRELIMINARY HEARING**</u>
<u>**AND/OR DETENTION HEARING**</u>
**(Rule 5 or 32.1, Fed.R.Crim.P.)**

<u>**PRELIMINARY HEARING**</u>

I, <u>(1) ISAAC ABRAHAM CORTEZ</u>, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me.  Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, <u>(1) ISAAC ABRAHAM CORTEZ</u>, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_____
Date/Fecha

_____
**(1) ISAAC ABRAHAM CORTEZ,**
Defendant/Acusado

<u>**DETENTION HEARING**</u>

I have also been advised of my right to a detention hearing.  I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me.  I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial.  I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza.  Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____
Date/Fecha

_____
**(1) ISAAC ABRAHAM CORTEZ,**
Defendant/Acusado

_____

_____
**Duty Pub. Defender-El Paso,,**
COUNSEL FOR DEFENDANT